AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Jessica O'Donnell <br><br> *Plaintiff(s)* <br> v. <br> Basil's on Market LLC <br> Basil's on Market 2 LLC <br> Basil's on Market 3 LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-00165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Basil's on Market LLC
c/o Todd Uhlir
18 N Market St.
Troy, OH 45373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Hux
Hux Law Firm, LLC
3 Severance Circle, #18147
Cleveland Heights, OH 44118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/3/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Jessica O'Donnell

*Plaintiff(s)*

v.

Basil's on Market LLC
Basil's on Market 2 LLC
Basil's on Market 3 LLC

*Defendant(s)*

Civil Action No. 3:19-cv-00165

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basil's on Market 2 LLC
c/o Jeff Finklestein
121 Deer Trail Drive
Springboro, OH 45066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Hux
Hux Law Firm, LLC
3 Severance Circle, #18147
Cleveland Heights, OH 44118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/3/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Jessica O'Donnell

*Plaintiff(s)*

v.

Basil's on Market LLC
Basil's on Market 2 LLC
Basil's on Market 3 LLC

*Defendant(s)*

Civil Action No. 3:19-cv-00165

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basil's on Market 3 LLC
c/o Jeff Finklestein
121 Deer Trail Drive
Springboro, OH 45066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Hux
Hux Law Firm, LLC
3 Severance Circle, #18147
Cleveland Heights, OH 44118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/3/2019

*Signature of Clerk or Deputy Clerk*