UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JESSICA O'DONNELL, | Case No. 3:19-cv-165 |
| Plaintiff, | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| BASIL'S ON MARKET LLC, *et al.*, | |
| Defendants. | |

# ORDER

This matter is presently before the Court upon Defendants' Unopposed Motion for Stay of Proceedings. (Doc. #21). Defendants seek an order staying all remaining case management deadlines set forth in the Preliminary Pretrial Conference Order "until Defendants are able to fully re-open after the coronavirus outbreak has subsided." *Id.*

**IT IS THEREFORE ORDERED THAT**:

1. Defendants' Unopposed Motion for Stay of Proceedings (Doc. #21) is GRANTED;

2. This case remains STAYED until Defendants are able to re-open; and

3. The Parties shall file a status report every thirty days until the stay is lifted and the schedule is re-established.

March 18, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge